United States District Court
Southern District of Texas
**ENTERED**
December 08, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTWAN KING, § <br> TDCJ #2091199, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> BRYAN COLLIER, Executive § <br> Director, Texas Department of § <br> Criminal Justice, et al., § <br> § <br> Defendants. § | CIVIL ACTION NO. H-22-4487 |

### FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED with prejudice.**

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this 8th day of December, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE